IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50572
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN BENSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CR-101-1
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

John Benson appeals the sentence he received after he pleaded guilty to conspiracy to possess with intent to distribute and possession with intent to distribute crack cocaine. He argues that the district court should not have increased his offense level by four pursuant to U.S.S.G. § 3B1.1 for his managerial role. We have reviewed the parties' briefs and the record and, finding that the district court's application of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

§ 3B1.1 was not clearly erroneous, AFFIRM.  See <u>United States v.</u>
<u>Ronning</u>, 47 F.3d 710, 711 (5th Cir. 1995).